S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:23-cr-00039-SLG-KFR |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | SERVING AS AN AIRMAN WITHOUT A PILOT CERTIFICATE |
| MICHAEL ANTHONY ROBERTS, a/k/a "Tony" Roberts, | Vio. of 49 U.S.C. § 46306(b)(7) |
| Defendant. | COUNT 2: DISPLAYING FALSE OR MISLEADING MARKS ABOUT THE REGISTRATION OF AN AIRCRAFT |
| | Vio. of 49 U.S.C. § 46306(b)(3) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about February 27, 2022, within the District of Alaska, the defendant, MICHAEL ANTHONY ROBERTS, knowingly and willfully served and attempted to serve as an airman without an airman's certificate authorizing him to serve in that

capacity, in that he piloted Piper PA-18 registered as N99640, at Wolf Lake Airport, Wasilla, Alaska, resulting in the crash of said aircraft on takeoff.

All of which is in violation of 49 U.S.C. § 46306(b)(7).

## COUNT 2

From a date unknown to the Grand Jury until on or about February 27, 2022, within the District of Alaska, the defendant, MICHAEL ANTHONY ROBERTS, knowingly and willfully displayed and caused to be displayed on an aircraft, to wit: Piper PA-18 registered as N99640, a mark that is false or misleading about the registration of the aircraft.

All of which is in violation of 49 U.S.C. § 46306(b)(3).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE:  April 19, 2023